**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CLOVIS MUNICIPAL SCHOOLS
BOARD OF EDUCATION,

      Plaintiff,

v.                                                   CV No. 19-185 JB/CG

NATALIE PRECIADO, *Parent of*
*J.G., a minor*,

      Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon review of the record and the notice of reassignment to the Honorable James O. Browning as the presiding judge. (Doc. 11). **IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 7), and the Telephonic Rule 16 Scheduling Conference set for May 16, 2019, at 2:00 p.m. are **VACATED**.

      **IT IS SO ORDERED**.

                                          _____
                                          THE HONORABLE CARMEN E. GARZA
                                          CHIEF UNITED STATES MAGISTRATE JUDGE